IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

KENDRICK DANE SELLERS AND
RICHARD REYNOLDS,

    Plaintiffs,

v.

MADISON POLICE DEPARTMENT AND
ANDREW PULLUM,

    Defendants.

ORDER

Case No. 22-cv-637-wmc

Plaintiffs Kendrick Dane Sellers and Richard Reynolds have filed a proposed civil complaint and a request leave to proceed without prepaying the filing fees. To evaluate plaintiffs' request to proceed without prepayment of the filing fees, I must review a certified copy of plaintiffs' inmate trust fund account statements (or institutional equivalent) for the six-month period immediately preceding the filing of the complaint. 28 U.S.C. § 1915(a)(2).

For this case to proceed, each plaintiff must submit a certified trust fund account statement no later than November 29, 2022. If I find plaintiffs are indigent, I will calculate initial partial payment amounts for each plaintiff, that must be paid before the court can screen the merits of the complaint under 28 U.S.C. § 1915(e)(2). Thereafter, plaintiffs will be required to pay the balance of the filing fee in installments.

ORDER

IT IS ORDERED that plaintiffs Kendrick Dane Sellers and Richard Reynolds may have until November 29, 2022 to each submit a trust fund account statement for the period beginning approximately May 8, 2022 and ending approximately November 8, 2022. If, by

November 29, 2022, either plaintiff fails to respond to this order, I will assume that plaintiff wishes to withdraw from this action voluntarily.

Entered this 8th day of November, 2022.

BY THE COURT:

/s/
STEPHEN L. CROCKER
Magistrate Judge